UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:18 CR 127-PPS/JPK ) |
| MAURICE FRISON, | ) ) |
| Defendant. | ) |

## ORDER

No objections have been timely filed to the report and recommendation of United States Magistrate Judge Joshua P. Kolar concerning defendant Maurice Frison's plea of guilty. Without objection, then, I adopt Judge Kolar's findings that defendant understands the matters enumerated in Fed. R. Crim. P. 11(b)(1), that defendant is competent to enter a plea of guilty, that defendant voluntarily wishes to plead guilty to the charge against him, and that there exists a factual basis for the plea.

ACCORDINGLY:

Judge Kolar's Findings and Recommendation [DE 28] are ACCEPTED AND ADOPTED.

Defendant Maurice Frison's plea of guilty to the offense charged in Count One of the Superseding Indictment, unlawful possession of a firearm as a previously convicted felon, in violation of 21 U.S.C. § 922(g)(1), is ACCEPTED, and he is adjudged guilty of that offense.

The sentencing of Maurice Frison is SET for January 14, 2020, at 1:00 p.m. Hammond/Central time.

SO ORDERED.

ENTERED: October 15, 2019.

                                        /s/ Philip P. Simon
                                        PHILIP P. SIMON, JUDGE
                                        UNITED STATES DISTRICT COURT